ON an information for goods feized as *Britifh* goods, and imported into the State of *Pennfylvania*, the following points were refolved:

1ft. That the informer cannot be a witnefs.

2d That, although the informer releafes his right to a moiety of the goods, he cannot be a witnefs ; becaufe he is interefted in the event ; he being liable to pay the cofts of the claimants, in cafe a verdict is found for them.

3d. That by the Act of Affembly, the judge who tries the caufe not being authorized to certify, fo as to exempt the informer from the payment of cofts to the claimants, he cannot certify.

4th That where the informer called a witnefs, who was contradicted by another witnefs of his own, he cannot call his firft witnefs to difprove what the fecond has faid.

*Lewis* for the Claimants—*Blair* for the Informer.

---

# *April* Term, 1782.

---

## M'DILL's *Leffee verfus* M'DILL.*

A DEED executed by two perfons, with one wax, and another ink feal, attefted by one witnefs only, and merely proved by him before a juftice, without being recorded, was offered in evidence.

It was objected, that by the Act of Affembly, 1 *St. Laws.* 78. a deed muft be executed before, and be proved by, two witneffes; that even that kind of proof was not to be received, unlefs the party was dead, or otherwife unable to appear and acknowledge the

* This Caufe was tried at *Lancafter*, N. P. on the 18th *May* 1781, before KEAN, C. J. ATLEE and EVANS *Juftices.*

execution

execution; which was not the cafe of the leffor of the Plaintiff when the deed was actually proved before the juftice.

To this it was anfwered, that the Act of Affembly only related to the proof which entitled a Deed to be recorded, &c. that many Deeds might be given in evidence, which were not fo entitled; as in the cafe of a long poffeffion under an old Deed. Another act declares that *one*, or more fubfcribing witneffes is fufficient, 1 *St. L.* 520. and it is eftablifhed, that the atteftation of witneffes is not of the effence of the Deed. Before the *Stat. of Frauds* the neceffity of fubfcribing witneffes to any inftrument, did not exift in *England ;* and there is no inftance in which the Legiflature of *Penn-fylvania* has exprefsly called for the atteftation of two witneffes, but in that of the affignment of a bond.

BY THE COURT:—The figning of a Deed is now the material part of the execution; the feal has become a mere form, and a written, or ink feal, as it is called, is good. Any Deed under feal, when proved, is proper to be given in evidence. 6 *Mod.* 45. And, we are of opinion, that a Deed, the execution of which is fworn to by one witnefs before a magiftrate, who certifies the fame, is within the rule. Befides, the laft Act of Affembly certainly allows the proof of one witnefs to be fufficient.*

## MORRIS's *Leffee verfus* VANDEREN.

SEVERAL points of evidence were determined in this caufe ; which was an *Ejectment*, brought for the recovery of a lot on the weft fide of Second ftreet, in *Philadelphia*.

1ft. The Plaintiff, in order to fhew that the perfons under whom he claimed were *original purchafers* from *William Penn*, the propri-etary, offered in evidence *a paper from the proprietary's, (or rather furveyor general's) office, containing the lift of names of fuch perfons as were original purchafers;* and therein were the names of thofe from whom the plaintiff derived his title. It was objected to, becaufe the deeds themfelves ought to be produced, as it did not appear that they had been deftroyed. But it was anfwered, that the lot in queftion is appurtenant to a large tract of land, and that the deeds are in the poffeffion of the owners of that large tract; for, on the fettlement of the province of *Pennfylvania*, every one who bought 5000 acres of land in the country, was entitled to certain lots with-in the city, which became afterwards feparated.

And BY THE COURT:—The objection is over-ruled, and the paper allowed to be given in evidence.†

* See poft *Hamilton's* Leffee verfus *Galloway*. S. P.
† See ant. 20. *Hurft* verfus *Dippo*.

2d. The